FILED

2016 Mar-25  PM 04:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

General Complaint Form for Pro Se Litigants

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA



FILED

2016 MAR 21  A 11: 45

U.S. DISTRICT COURT
N.D. OF ALABAMA

Arthur Thomas
_____

_____

_____

(Enter above the full names(s) of the
plaintiff(s) in this action.)

vs.

John Gerald Stumph,
Chairman and CEO
_____

Mary Beth Peters, Register
_____
(Enter above the full name(s) of the
defendant(s) in this action.)

1.    At all times hereinafter mentioned, plaintiff was and still is a resident of 1404 22nd St

Ensley Birmingham, Alabama _____ . Plaintiff resides at

2.    Defendant John Gerald Stumph, Chairman and CEO is a corporation

incorporated under the laws of Copyright Law of the States of America and has a main

office at _____ and is licensed to do business

in _____ Defendant's official business address

is Wells Fargo ; 420 Montgomery St, San Francisco, CA CH

94104 phone # 1800-869-3557

OR

Defendant _____

is a United States government agency.

OR

Defendant _____

is a state agency.

OR

Defendant _____ is a resident of

_____. Defendant resides at _____

_____.

3.    The jurisdiction of this court is invoked pursuant to _____

_____. (List statutes.)

4.    Statement of Claim

State here, as briefly as possible the FACTS of your case.  Describe how each defendant is involved.  Include, also the names of other persons involved, dates and places.  Do not give any legal arguments.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheets if necessary.

_____

_____

_____

_____

_____

2

5.   Relief

State briefly exactly what you want the court to do for you.  Do not make legal arguments.

March ~~2016~~ 17, 2006
Date

205-276-3206
Telephone Number

FAX Number (If Available)

Signature of Plaintiff

Arthur Thomas
Name (Please Print)

1404 22nd St Ensley Birmingham, AL
Street Address

City, State

35218
Zip Code

3

# Cover STory For Banks, Copyright, License etc.

My Copyright was on the Counter of the North west Bank before it opened. Because some one was trying to kill us we had to move. Me And my Uncle went to WeFunko and he put my Copyright on the panel above the fire place. When we tried to settle down my Uncle was trying to teach me my Copyright Name and SSN to Learn for myself. And some one Kept knocking at the door telling me and my Uncle to give them that Copyright of the panel. They Killed my family people out side at the other house. I heard hollering and screaming OurSide. But my Uncle told me to stay in the house be cause it was to dangerous to go out side. Me And my Uncle escape down the dirt road and jumped in a Car. We Came to Fair Field AL, 35064. Me and my Uncle Settle in the FairField Projects and he put my Copyright Name and SSN# on the front room Panel. Then he said it was getting dangerous and he wanted me to Learn my Copyright Name and SSN# before he got Killed. So we spent a hold day Learning my Copyright. It got dark and Someone was Knocking at the door again. I lie in the Country asking where is that Copyright.

They killed my uncle and all my family members that escaped from the country. It was the whole neighborhood against my family people in the projects. I keep my some of my family members on the ground. They tried to take the Copyright but it was Seal down then they came back and, to seated back out. Someone brought the Copyright back and put it back on the panel and people were coming from every where writing down my Copyright Name and SSN #. President Obama was at my house writing down my Copyright Name and SSN # and three other people that was White. John, Craig Oliver or Craig John Oliver was at my house writing down my name and SSN # Copyright. My uncle friend came and took the Copyright while it was dark and bought me a house in Ensley Birmingham AL, 35218. To another Safe house because it was getting dangerous in the Project. My uncle friend put my Copy right on the Kitchen Counter And told me had to go become my family people were all dead.

They found out were i staid and sent Dedrick poole to my house to get my Copyright. He walke in my house and demanded my Copyright. He took me over his mother house to sale my Copyright to John Craig OLiver or Craig John Oliver [ Wire Fraud ]. And his mother [ Ms ] killings Exchange my Copy right for a Sut Case full of money. He had Dedrich poole to Come in 3 days to Some health Care place down town Birmingham to file my name on Something to Start a health Care Scam in Birmingham. The name of the place might be health Youth. It's a health Care Place down town Birmingham. Dedrich poole Signed the health Care Scam paper at the health Care place where John Craig OLive or Craig John Oliver was there with the papers to Sign. He had his own Office were Dedrick poole went to Sign the Papers. I am going to send my birth Certificate for evidence. Ms ELLA killing gave it to me and I want it checked out. I have put two reports in on John Craig OLive or Craig John Oliver at Crime Stoppes and the F.B.I; F.T.C.

+ the States of America
vs : "Quitam" with the Whistleblower

Legal and Beneficial Owner of
Intellectual Property, License, Copyright

My name is Arthur Thomas I am a whistleblower.
I am the owner of the Finacial Institution,
Intellectual Property and License Copyright.
I want these Finacial Institution
Cease and Desist: Well's Fargo, Wachovia,
North wes Banks, South western Banks.
I want Charges brought on these
properties and Infringers for Embezzlement
theft/Larceny, Accounting Embezzlement
manipulating of Accounting records to hide
theft of funds with the White Collar Crimes.

Embezzlement, Ponzi schemes and
Tax evasion, Securities Fraud,
Money Lundering, Inside trading,
Scams and Fraud, Insurance Fraud,

Identity Theft,    Trademark Counterfeiting,
Forgery,           Copyright Infringement
Extortion,         Patent Infringement
Piracy Law Suit, Trademark Infringement

I want my Banks recoverd and back
In my name and a Cease and desist
On the properties and the owner.

John G. Stumpf
North West Bank, Minneapolis
North west Bank, Minnesota
North vrest Bank, Arizona
North West Bank, Colorado / Arizona
North West Bank, Texas
North West Corpation Wells Fargo
North west Coparatation Wells Fargo
South western Bankers Group: Arizona,
New Mexico and Texas.
New western Banking Group: Arizona,
Colorado, Idaho, Nevada, New Mexico,
Oregon, Texas, Utah, Washington and Wyoming.

Wachovia merger Wells Fargo.
Wachovia.
Wachovia National Bank.
Wachovia Loan and Trust.
First Atlanta National Bank.
First Union Corp
First Union Corporation.
First Union National Bank.
Union National Bank.
First National Bank and Trust.
CoreStates Financial.
Chevron.
- 501. Infringement of Copyright -
(a). Anyone who violates any of the exclusive
rights of the copyright owner or who imports
copies or phonorecords into the United States
is an "Infringer of the copyright or right of
the Author". As used in this Subsection,
the term "Anyone" includes any State, any
instrumentality of a state, and any officer
or employee of a state or instrumentality of

a State acting in his or her official capacity.
Any State, and any such instrumentality,
officer, or employee shall be subject to
the provision of this title in the same
manner and to the same extent as any
-nongovernmental entity.

(b). The Legal and Beneficial owner of an
exclusive right under a copyright is entitle
to institute an action for any infringement of
that paticular right committed while he or
she is the owner of it. The court may
require the "Joinder," and shall permit
the intervention of any person having
or claiming and Intrest in the Copyright.

(c). For any second transmission by a cable
System that embodied a performance or
a display of a work which is actionable
as an act of infringement. A television
broadcast station holding a copyright or
other License to transmit or perform the
Same Version of that work shall, be treated

as a legal or beneficial owner if such secondary transmission occurs within the Local Service area that television station.

(e)    With respect to any secondary transmission that is made by satellite carrier of a performance or display of a work embodied in a primary transmission and is actionable as an act of infringement. A network station, holding a copyright or other license to transmit or perform the same version of that work shall be treated as a legal or beneficial owner if such secondary transmission occurs within the Local Service area of that station.

503. Remedies for infringement:
Impounding and disposition of infringing articles. At any time while an action under this title is pending, the court may order the impounding.

other License to transmit or perform the
Same version of that work shall be treated
as a legal or beneficial owner if such
secondary transmission occurs within the
local service area of that television station.
(e)    With respect to any secondary transmission
that is made by satellite carrier of a performance
or display of a work embodied in a primary
transmission and is actionable as an
act of infringement. A network station
holding a copyright or other license to
transmit or perform the same version
of that work shall be treated as a legal
or beneficial owner if such secondary
transmission occurs within the local service
area of that station.

503. Remedies for infringement: Impounding and
disposition of infringing articles.
            At any time while an action under this
title is pending, the court may order the impounding

of all copies or phonorecords claimed to have been made or used in violation of the exclusive right of the copyright owner, of all plates, molds, matrices, masters, tapes, film negative, or other articles by means of which such copies or phonorecord may be reproduced, of records documenting the manufacture, sale, or receipt of things involved in any such violation, provided that any records seized under this subparagraph shall be taken into the custody of the court.

(3) The relevant provision of the Trademark Act (15 U.S.C. 1116(d)(2) through (11) shall extend to any impoundment of records ordered under that is based upon an ex parte application, notwithstanding the provision of rule 65 of the Federal Rules of Civil Procedure. Any reference of section 34(d) of the Trademark Act to section 32 of such Act shall be read as reference

to Section 501 of title, and reference to use of a Counterfeit mark in connection with with Sale, offering for Sale, or distribution of goods or Services shall be read as reference to Infringement of a Copy right. (a) 501 - Anyone who Violates any of the exclusive rights of the Copyright owner.



504. Remedies for infringement: Damages and profits.

(a) In General. — Except as otherwise provided by this title, an infringer of Copyright is liable for either

(1) the Copyright owner's actual damages and any additional profits of the infringer, ~~as provided~~ Statutory damages.

Statutory damages and profits — The Copyright owner is entitled to recover the actual damages suffered by him or

(b). Actual Damages And Profits. — The Copyright owner is entitled to recover the actual damages suffered by him or her as a result of the infringement, and any profits of the infringer that ~~are~~ are attributable to the infringement and are not taken into account in computing the actual damages. In establishing the infringer's

profits, the copyright owner is required to present
proof only of the infringer's gross revenue,
and the infringer is required to prove his
or her deductible expenses and the
elements of profit attributable to factors
factor other than the copyrighted work.

(C) Statutory Damages:-
(1) Except as provided by clause (2) of
this subsection, the the copyright owner may
elect at any any time before final judgement
is rendered, to recover, instead of actual damages
and profits, an award of statutory damages
for all infringements involved in the action,
with respect to any one work, for which
any one infringer is liable individually, or
for which any two or more infringers are
liable jointly and severally, in a sum of not
less than $750 or more than $30,000
as the court considers just. For the
purposes of this subsection, all the

parts of a Compilation or derivative
Work Constitue one work.

(2) In a case where the Copyright owner
Sustains the burden of proving, and the
Court finds, that infringement was
Committed willfully, the Court in its
discretion may increase the the
award of statutory damages to a sum
of not more than 150,000.

[ (Mary Beth Peters) Copyright and Patent Co. Inc
    Register; Policy Planning advisor
    Acting General Council of Copyright office
[ Chief Examining Division Information Reference
                (Prima Facia)

Embezzlement       theft/Larceney
Tax evasion        Piracy Law Suit,
Money Lundering    Trademark Counterfeiting
Scams and Fraud    Copyright Infringement
Identity theft     Patent Infringement
Forgery            Trademark Infringement
Extortion          Intellectual Property Infringement
                   Trademark Counterfeiting


Piracy Law Suit  Finacial Instatute
    900,000 Every month 4 hundred thousand
100,000,000 Every year 100 billion
       [ Credit Line ]

[ (John Gerald Stumph : Well's Fargo )
 Chairman Chief Officer of Well's Fargo ]
            (Prima Facia)
 Embezzlement theft /Larceney
 Tax evasion.      Piracy Law Suit
 Money Lundering. Trademark Counterfeiting
 Scams and fraud. Copyright Infringement
 Identity theft. Patent Infringement
 Forgery.        Trademark Infringement
 Extortion.  Intellectual Property Infringement
        Trademark Counter feiting

 Piracy Law Suit, Finacial Tast. Fatale
   400,000 Every month  400 thousand
  100,000,000 Every year  100 billion

Copyright Law of the United States of America;
Laws Contained in Title 17 of the
   United States Code.
   [Mary Beth Peters] - [John Gerald Stumpf]

   I want to charge these people with
Forgery, Identity theft of deception
of false accusation.

Job C. Stumpf
American executive and Investment
Chairman chief officer of Well fargo
Board Of Director                    Mary Beth Peters
34 year Veteran          11th United States Register
Northwest Corporation        of Copyright.
predecessor of Wells fargo        Policy Planning ad
Loan administration department Acting General Council
senior Vice president          of the Copyright
Chief Credit officer            Office. Chief
management position  ___ Examining Division.
Region president     Information Reference division.
   Northwest acquistion

John G. Stumpf
30 Texas Banks
Total assest $13 billion
merger North west Co. and Wells Fargo
head of South Western Bankers Group
head of New Western Banking Group
Intergration of well Fargo acquisitio $23 billion
First Sercurity Coporation
Group EVP Community Banking
Largest merger in history purchese of Wachovia.

Mary Beth Peters
Con sultant on Copy right Law.
World Intellectual Property organization.
B.S. Degree
I.D. with honors from the
George Washington University Law School.

Copyright Law of the United States of America; Laws Contained in Title 17 of the United States Code

[Mary Beth Peters] - [John Gerald Stumph]
- Trademark Counterfeiting Act of 1984 -
Is a United States Federal Law that amended the Federal Criminal Code to make it a federal offense to violate the Lanham Act by the intentional use of a "Counterfeit trademark" or the Unauthorized use of a Counterfeit trademark.
   The act established penalties of up to five years imprisonment and a 250,000 fine ($ 100,000 fine for a Corporation or other Legal entity) for Selling Counterfeit goods or Services.
   My Uncle left me that Copyright, Banks, and property. I want my Copyright, Banks, and property back in my name.

Copyrigh Law of the United States o-
American; Laws Contained in Title
17 of the United States Code,

     100,000,000 Law Suit
I have a Law Suit on any torn
paper, stabler, any Letter missing
or any papers missing. I
Know how many papers I Sent
out. I am putting a Law Suit
for a non govermental
Entity Using my alias
Arthur Thomas and my
SS N # is 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.


I want these examine and
Prosecuted to get my Credit Line
Back in my name.

# License or Grant License

Patent Licenses; The rights granted under the Patent Statues are the right to exclude others from making, using, offering for Sale, Selling, and importing the Pantented Invention 35 U.S.C 154 (1)

[Land Licensing, (proprietory licensing)]
[ IP Licensing ]

— Licensor Rights to Prosecution —
If Licensee fails to sue an infringer within a reasonable time, Licensor shall have the right to file and maintain, at its own expense, an infringement suit. This shall not obligate Licensor to assume any responsibility respecting any action or possible action for infringement.

— Licensee Prosecution of Infringement —
Licensee shall have the first right to sue

any infringer of the Licensed Patent
at its own expense in the name of
Licensor.

I have a Forgery Copyright I
Got of the internet attached to
the paper I got of the internet.



**UNITED STATES AND FOREIGN COPYRIGHTS**   **PATENTS AND TRADE-MARKS**

# A COPYRIGHT

**WILL PROTECT YOU FROM PIRATES.**

And make you a fortune. If you have a PLAY, SKETCH, PHOTO, ACT, SONG or BOOK that is worth anything, you should copyright it. Don't take chances when you can secure our services at small cost. Send for our **SPECIAL OFFER TO INVENTORS** before applying for a patent, *it will pay you.* **HANDBOOK** *on patents sent* **FREE.** We advise if patentable or not, **FREE.** We incorporate STOCK COMPANIES. Small fees. Consult us.

## WORMELLE & VAN MATER,

### Managers,

## Columbia Copyright & Patent Co. Inc.,
## WASHINGTON, D. C.