# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

## IN FORMA PAUPERIS AFFIDAVIT

FILED
2016 MAR 21 A 11:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

Declaring that the information I have given below is true and correct, I apply to this court for:

( ) appointment of an attorney.
(✓) authority to commence an action without prepayment of fees, costs or security.

1. **PERSONAL AND FINANCIAL DATA**

A. Your full name and present mailing address:

Arthur Thomas 1404 22nd St Ensley, Birmingham, Ala 35218

Telephone (if any): 205-276-3206

B. Are you presently employed? Yes ____ No ✓

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

Weekly earnings: $ _____

If you are not presently employed, give name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.

Date last worked: _____
Weekly earnings: $ _____

Approximately how much money have you received in the past twelve months:

as wages, salary, commissions, or earned income of any kind? $ _____

as interest, dividends, rents, or investment income of any kind? $ _____

as gifts or inheritance? $ _____

from social security, unemployment compensation, or any form of state or federal welfare payments or benefits? $ _____

from pensions, annuities, workmen's compensation, disability or other insurance policies? $ _____

from all other sources? $ _____

C. How much money do you own or have in any checking or savings accounts?
$ _____

D. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)? Yes _____ No ✓

If the answer is "yes," describe the property and state its approximate value:

_____
_____
_____
_____

E. How much money do you owe others? $ _____

As to each debt of over $100.00, state the name of the creditor, the approximate total amount owed to that creditor, and the monthly payment amount you currently owe and/or are paying to that creditor.

_____
_____
_____
_____

F. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.

_____
_____
_____
_____

G.   Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?    Yes _____ No _____

If the answer is "yes," five the following information for each such person:

Name: _____
Relationship: _____
Employer: _____
Weekly earnings: $ _____

Name: _____
Relationship: _____
Employer: _____
Weekly earnings: $ _____


H.   Any other information which you believe supports your claim that you cannot financially afford to employ an attorney or to make payment of court fees, costs, or security.

_____
_____
_____
_____

(Attach additional sheets as needed)

## II.   EFFORTS TO OBTAIN ATTORNEY

**(To be completed if requesting Appointment of an attorney)**

A.   Have you talked with an attorney about handling your claim? Yes _____ No ✓

If "yes," give the following information about each attorney with whom you talked:

Attorney: _____
When: _____
Where: _____
How (by telephone, in person, etc.) _____

_____
_____

Attorney: _____
When: _____
Where: _____
How (by telephone, in person, etc.) _____

_____
_____
_____

B. Explain any other efforts you have made to contact an attorney to handler your claim.

_____
_____
_____

C. Any other information which supports your application for the court to appoint an attorney for you:

_____
_____
_____

D. Name and address of each attorney who has represented you in the last ten (10) years for any purpose:

_____
_____
_____

(Attach additional sheets as needed)

## III. ATTESTATION AND SIGNATURE

Under penalty of perjury, I declare that the information given on the preceding _____ pages is true and correct.

Date: March 18, 2016          Arthur Hanes
                              SIGNATURE

WITNESS:

_____

_____