FILED
2016 Jul-20 PM 03:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

General Complaint Form for Pro Se Litigants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA



FILED
2016 JUL 20  A 10: 17
U.S. DISTRICT COURT
N.D. OF ALABAMA

__Arthur Thomas__

(Enter above the full names(s) of the plaintiff(s) in this action.)

vs.

__John Gerald Stumph CEO/ Wells Fargo__
__Grayson Hall/ Regions — Phil Raymund/ Regions__
__Alabama Power / Mark A. Crosswhite — Alagasco/ James T. McManwell, Ken Smith__
__C F Lane Tuxedo Terrace Apt / Byron Cocke, Brett Finkelstein__

(Enter above the full name(s) of the defendant(s) in this action.)

1. At all times hereinafter mentioned, plaintiff was and still is a resident of __Ensley, Birmingham__ __1404 22nd St Ensley, Birmingham, Alabama 35218__. Plaintiff resides at

2. Defendant __N/A John Gerald Stumph CEO__ is a corporation incorporated under the laws of _____ and has a main office at _____ and is licensed to do business in _____. Defendant's official business address is _____

OR

Defendant __Grayson Hall, Phil Raymond_____

is a United States government agency.

OR

Defendant __Mark A. Cross White, James T. McManus II, Ken Smith__

is a state agency.

OR

Defendant ~~C F Lane Tuxedo Terrance Apt~~ Byron Cocke is a resident of
__Brett Finkelstein_____. Defendant resides at _____

3.  The jurisdiction of this court is invoked pursuant to _____
    _____. (List statutes.)

4.  Statement of Claim

    State here, as briefly as possible the FACTS of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

2

_____

_____

_____

_____

_____

_____

5. Relief

State briefly exactly what you want the court to do for you. Do not make legal arguments.

_____

_____

_____

_____

_____

_____

July 19, 2016
Date

Arthur Thomas
Signature of Plaintiff

205-276-3206
Telephone Number

_____
Name (Please Print)

1404 22nd St Ensley Birmingham, Alabama
Street Address

_____
FAX Number (If Available)

|
City, State

35218
Zip Code

3

NOTE: Pro se litigants must keep the Clerk of the Court informed of their correct address and telephone number during the entire lawsuit. Failure to do so is grounds for dismissal of the case.

## OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK

Plaintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process by certified mail by indicating below. Plaintiffs must provide service copies of the complaint, prepared summonses and pre-paid envelopes made returnable to the Clerk of Court.

NOTE: Certified mail service by the Clerk of Court on federal defendants is NOT AN OPTION for plaintiffs who pay the filing fee.

_____
Signature of Plaintiff

Dated: July 19, 2016

7/14/06

4

Prima Facia

Phillip Thomas  ST. GEORGE Police  [Report #: 16P100104]
SWF - SGU patch and steel Dogge Tracking [# T16000104]
MHT Value $1,000,000,000.00 Assets  [Fairfield Police Report Case # 1607186]
UNITED STATES DISTRICT COURT Case # 2:16-CV-426-MHH
Byron Cocke  John Gerald Stumph / Prima facia, piracy, Copyright infringement
Brett Finklebern Grayson Hall, Phil Raymond / Prima facia, Piracy,

I am writing on behalf of Alabama power, Alagasco
Tuexdo Terrace Apt, C F Lane; piracy, Identity Theft.
They are doin the same thing using my Name, SSN #,
Software Copyright, and Credit Cards / Credit Line. I
have Contacted the Birmingham police at least 6 time
about my Identity theft case and they told me, Identity
theft case is not important, to receive my keys from C F Lane
Tuexdo Terrace Apt Birmingham, Ensley. They refuse, 6 cases
I wanted to file on CF Lane for Identity theft and
Software Copyright infringement ©. And they kept
refusing my Identity theft case to get my keys from
the Lady at the front desk. I have Contacted both
Alabama power, Alagasco for my Identity and they are
using my Credit Line / Credit Cards with my name, SSN #, Copyright
page ©. The Birmingham police called me on the phone, and
I did not know how they got in the case, but he told
me the Guy at Alabama pque said that they are
using my Name, SSN #, Credit. That's what a Birmingham
police or FBI told me. He said that getting my credit
back from Alabama power was not going to happen
so I want to called these people to court about my
first case IFP motion for Leave and this one prima facia
and key to these buildings. Alabama power, Alagasco,
C F Lane Tuexdo Terrance Apt Birmingham Ensley. I need
my keys to these buildings to start work. Thus, his IFP application
in Document 1-2 is GRANTED and the case is due to be docketed. However,
the clerk is hereby Directed to withhold implementation

John Gerald Stumph - is Called to Court for Well Fargo

Fairfeild police - Piracy, Copyright infringement © Stealing Copyright on the internet, Counterfeiting, Money Laundering, Credit Card fraud Extortion, Illegal use of my name, Identity Theft, Investerment Scheme

I want these people brought to Court on a prima facia.

I need my Credit Cards, Name, SSN#, Copyright, fish Intellectual property, B

My name is in the Business Finane in ever bank Arthur Thomas 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.

Prima Facia

Arthur Thomas ST. GEORGE Police [Report #: 16P00104]
[SWE-SGU patch and Steel badge Tracking # J16D00104]
[MKT Value $1,000,000,000.00 Assets] [Fairfield Police Report Case # 16-071866]

[UNITED STATES DISTRICT COURT CASE # 2:16-CV-426-MHH]

Grayson, Hall, Phil Raymond / primafacia, Piracy, Bank Fraud, Copyright Infringement.

I am writing on behalf of Regions and Grayson Hall for Identity theft and my Credit Cards / Credit Line 1,000,000,000 Billion a year and 44,000 month that was put in there by name Ruthie Thomas. She is not no kin but she walked in my house when I was 9 years and got my Credit Cards thats Connected to regions bank. And when I was in middle school She put them in Region bank without my authority and regions bank have been Sending Ruthie Thomas a check with my name and SSN# on it. I want an piracy charged on these people for (Unauthorization) and No (Licence) over my Credit Cards/Credit Line. That bank is not Suppose to be open until they have gotten my authority. I want my keys and copyright from these people who is Commiting Copyright Infringement. I have Contacted these people 9 time and they Say they are going to Send it and then they Say its under investigation. My Credit Cards / Credit line is in Business Finance in almost every bank using my Name and SSN# for Credit in their banks. They are using Ruthie Thomas name over my name Arthur Thomas in the System to Cover up my Name and SSN#. Ruthie Thomas is a stolen name from my real grandmother that was decease when I was 10 years old. She have been Staying with me Since I have been Little and I want my Benefits back in my name Legal. Thus, his IFP application is Document 1-2 is [Granted] and the Case is due to be docketed. However the Clerk is hereby Directed to withhold implementation Service of

process under 28 U.S.C § 1915 (d) until specifically directed to do by the Court.

Grayson Hall - Phil Raymond - is called to Court for primafacia, Piracy, Bank Fraud, Money Laundering, Counterfeiting Money production the internet copyright infringement, Illegal use of my name, Identity Theft, Investment scheme. I want these people brought Court on a' primafacia.

My name is in the Business Finance in every bank using my Credit Line / credit Cards Arthur Thomas - 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

I need my Credit Cards, Name, SSN#, Copyright, Intellectual property

Prima facia

FILED

Arthur Thomas ST.GEORGE Police [Report #: 16P100104] 16 JUL 20 A 10 30

[SWE-SGU patch and Steel badge Tracking # T16000204]

Statutory Damages [MKT Value $100000000.00 Assets] [Fairfield Police Report Case #: 16607186.0]

[UNITED STATES DISTRICT COURT Case # 2:16-cv-426-MHH]

John Gerold Stumph - Prima facia, Piracy Charged, Bank Fraud, Copyright Infringement

I am writing this Letter on behalf of John Gerald Stumph and Wells Fargo Bank. I have an Civil Action Case # 2:16-cv-426-MHH on Gerald Stumph and Wells Fargo Bank [IFP]-in forma pauperis-motion to Leave. Pro se ("Plaintiff"). Doc. 1 ("Complaint or "Compl."). Piracy Charged Unauthorization and a Prima facia [IFP] Both ("Doc") 1, 2 for motion to Leave my bank Wells Fargo. I want my keys to the Wells Fargo bank. I tried to go to the Fairfield police with my Civil Action and they did not know what a civil action was and did not do an Identity Theft Case I ask for on Wells Fargo Bank. A White man at the Fairfield police Station told me a Civil Action was nothing and to come back with an attorney. I don't know his name but he work at the Fairfield police station. I want these people called to court to see what an Civil Action is. I want a Piracy charge on the Fairfield police station for Unauthorization and no License to work in the building. They are not License Software Copyright Owner to work in that building and I want my Copyright page © off the internet and my keys to the building.

Prima facia | John Gerold Stumph - Bank, CEO
           | Mary Beth Peters - Copyright; Register

Thus, his IFP application in Document 1-2 is [GRANTED] and the case is due to be docketed. However the Clerk is hereby Directed to withhold implementation service of process under 28 U.S.C § 1915 (d) until specifically directed to do by the Court.

Service of process under 28 U.S.C § 1915 (d) until specifically directed to do by the Court.

Byron Cocke - Brett Finkelstein \ C F Lane Apt
Birmingham Police - Piracy, Copyright right page © on the internet Saleing Copyrights, Name, SSN #.

Birmingham Police - Extortion, Check Fraud, CreditCard Fraud, Money Laundering, Counterfeiting, Illegal use of my name. I want these people brought to Court on a prima facia.