Civil Action Case # 2:16-cv-426-MHH

- [Prima facia Case] -
Identity Theft

FILED
2016 AUG 16 A 11:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

[ARTHUR THOMAS] pro se ("Plaintiff") (Doc. 1
("Complaint" or "Compl.")) in forma pauperis ("IFP") (Doc.2)
Granted both Doc. Piracy- Unauthorization; Prima Jocia

Arthur Thomas Vs John Gerald Stumph- Wells Forgo / Mary
Beth peters - Copyrigh Register Case # 2:16-cv-426-MHH

I am writing this Letter on behalf of Thomas A Toye.
He has Committed Identity theft with my name, properties,
and License Copyright. I am the owner of Arthur Thomas
properties and all other Copyright software they are using
on the Internet to Commit Copyright Infringement.
Thomas A. Joye is using my name, properties and
Credit Cards to make Sales on the Internet to receive funds
[Arthur Thomas Properties]. I have 2 Civil Action on
John Gerald Stumph and Mary Beth Peters for identity
theft and Copyright Infringement. The first Case is
granted both document 1, 2.; [Wells Fargo and Copyright
Software License]. I have an [GRANTED] Civil
Action for Wells Fargo and Copyright, Intellectual property,
Patent, Trademark.
I am an GGU Police License owner. My NMT value
1,000,000,000.00. I have an GGU police report tracking
number for my police Badge.
Report # 16P 100 104
Tracking # T16 000 104

I have an Identity theft Case on Region. They
are using my Credit Cards in Business Credit in their
data base [Arthur Thomas - 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]. Transferring
money to the Money factory, White House, Government
agencies, Well Fergo Stock Exchange, Alabama power,
Alagasco, And all other banks are using my Credit
and Social Sercurity thru regions which was put
in Region during middle School.
    1,000,000,000,000 - on 1st Card
    400,000 , on 2nd Card
    Region is running every thing in this World thru
my Credit Cards that put in their during middle school.
They have all that information in there data base and
hiding my name in a Business Credit. I want this
man, Thomas A Toye, arrested for Identify theft, Credit Card
fraud, Copyright Infringement, Intellectuall property infringement,
Racketeering, Money Lundering, Inside Trading,
Larceny/theft, Investment Scheme, Counterfeiting products,
Forgery, Tax Evasion, Extortion on my name and
properties [Arthur Thomas and Arthur Thomas properties.]
He is a lior and a thief about going to School and
being in College. He is a Computer Hacker and I
want my Name Arthur Thomas properties Arthur Thomas
Properties Credit Cards he is using to run
ALL those properties Sent to me. I want all
    these things on the paper i am asking for.
    Name, properties, Trademark, Intellectuall property,
Patent, Credit Cards. I asking that you get my
Name from Thomas A Toye Arthur Thomas properties
and give back; So I Can Start work. This is Location

Arthur Thomas properties LLC 132 Silver Street Dover NH
03820. Office [603-413-6175 [Fax] 866-923-3739